*Samuel L. Winder*
**Attorney at Law**

1011 Lomas Blvd., NW
Albuquerque, NM 87102
Bus: (505) 247-9142
Fax: (505) 243-6279

# FAX COVER SHEET

FAX NUMBER TRANSMITTED TO: 505-348-2285

To:              The Honorable James O. Browning
From:            Samuel L. Winder
Client/Matter:   US v. John Leonard Tsosie, CR No. 10-773
Date:            April 16, 2011

| DOCUMENTS | NUMBER OF PAGES* |
|---|---|
| Curriculum Vitae of Dr. Edward Reyes | 23 |
| Letter | 1 |
| | |

The documents accompanying this telecopy transmission contain information from the law office of
SAMUEL L. WINDER., which is confidential or legally privileged. The information is intended only
for the use of the individual or entity named on this cover sheet. If you are not the intended recipient,
you are hereby notified that any disclosure, copying, distribution of, or taking of any action and
reliance on the contents of this telecopied information is strictly prohibited. The documents should be
returned to this office immediately. In this regard if you have received this telecopy in error, please
notify us by telephone immediately so that we can arrange for the return of the documents at no cost to
you.

*not including cover sheet



4/19/11

## *Samuel L. Winder, LLC.*
**Attorney at Law**

_____

1011 Lomas Blvd. NW
Albuquerque, NM 87102
Bus: (505) 247-9142
Fax: (505) 243-6279
samuelwinderlaw@q.com


April 16, 2011

VIA FACSIMILE

The Honorable Leroy C. James O. Browning
United States District Court
333 Lomas Blvd., NW, Ste 660
Albuquerque, New Mexico 87102

RE:    *United States v. John Leonard Tsosie*, CR No. 10-773 JB

Dear Honorable Judge Browning:

I have attached the Curriculum Vitae of Dr. Edward Reyes.  I deeply apologize for not hand-
delivering this document to your Chambers on April 13, 2011 as set forth in my pleading of April
12, 2011 (Doc. 77).

Respectively submitted,

Samuel L. Winder

cc:  AUSA Kyle Nayback

attachment

revised 10/13/10                    page 1

# CURRICULUM VITAE

**EDWARD REYES, Ph.D.**
Professor Emeritus
Mailing Address: 2927 Clover Ln SW
Albuquerque, NM 87105

Cell phone          (505) 235-2621
Home phone          (505) 877-0917
FAX                 (505) 877-3594

## EDUCATION

| | |
|---|---|
| 1968 | B.S., Pharmacy, University of New Mexico |
| 1970 | M.S., Pharmacology, University of Colorado |
| 1974 | Ph.D., Pharmacology, University of Colorado |
| 1975-1976 | Postdoctoral Fellow - Pharmacology University of New Mexico, School of Medicine (Mentor-Dr. Gene Palmer) |

## SPECIAL TRAINING

| | |
|---|---|
| 1999 | Successfully completed the curriculum specified by Department of Transportation (DOT) & Intoximeters, Inc. for certification as a Breath Alcohol Technician (BAT) and Factory Authorized Calibration Technician on AICO Sensor IV and RBTIV 4/13-16 St Louis, MO |
| | Successfully completed Intoximeters Instructor Course for the ALCO Sensor IV/ RBT IV 4/15 St Louis, MO |
| | Indiana University Center for Studies of Law in Action completed course "Robert F. Brokenstein course on alcohol drugs and highway safety: testing, research and litigation. 5/16-21 |
| 2003 | Successfully completed curriculum specified by DOT & Intoximeters for certification as BAT & Factory Authorized Calibration Technician on ALCO Sensor IV/ RBTIV March 4 St. Louis,MO |
| | Successfully completed Intoximeters Instructor Course for the ALCO Sensor IV/ RBT IV March 4-5 St. Louis, MO |
| | Completed DOT training as Intoxilyzer 5000 series operator & maintence technician (June 25-28) Certified by C.E.S. Consulting, Inc. |
| 2005 | Completed Maintenance & Repair Intoxlyzer 5000 Series workshop June 24-25 C.E.S. Consulting, Inc |

revised 10/13/10                   page 2

2007            Completed Intoxilyzer 8000 Operator's Course September 13-
                15,2007 MD Marketing, Inc

2008            Successfully completed curriculum specified by DOT &
                Intoximeters Inc. for certification BAT & Factory Authorized
                Calibration Technician on ALCO Sensor IV/ RBTIV March 31 St.
                Louis, MO

                Successfully completed Intoximeters Instructor Course for the
                ALCO Sensor IV/ RBT IV April 1-2 St. Louis, MO

## POSITIONS HELD

1968-1974       Teaching Assistant - University of
                Colorado, School of Pharmacy

1969-           Registered Pharmacist - New Mexico
                Registered Pharmacist - Colorado

1974            Instructor - Pharmacology for Optometrists, PHCL 501, University
                of Colorado, School of Pharmacy

1974-1975       Assistant Professor - School of Pharmacy University of Wyoming,
                Laramie, Wyoming

1976-1985       Assistant Professor - Pharmacology
                University of New Mexico, School of Medicine
                Albuquerque, New Mexico

1985-1997       Associate Professor- Pharmacology
                University of New Mexico, School of Medicine
                Albuquerque, New Mexico
                Joint appointment- Associate Professor of Pharmacy

1997-2000       Associate Professor - Biochemistry & Molecular Biology
                University of New Mexico, School of Medicine
                Albuquerque, New Mexico
                Joint appointments-Associate Professor of Pharmacy
                                   Associate Professor Neuroscience

2000- present   Professor Emeritus- Biochemistry & Molecular Biology
                University of New Mexico, School of Medicine
                Albuquerque, New Mexico

## TEACHING/ EDUCATIONAL PRODUCTIVITY

### Medical Student Teaching Responsibilities

PIMP Block

Coordinator for Pharmacology Case Study 3

Lectures on the following topics

Factors Modifying Drug Response 1 & 2
Alcohol
Pharmacology of General Anesthetics 1 & 2

revised 12/13/10          page 2

Local Anesthetics
Drugs Affecting Hemostasis
Diuretics
Histamine and Antihistamines

Robert Wood Johnson Curriculum

Tutor in Foundations Block, phase I
Tutor in Musculoskeletal Block

Lectures on the following topics

Pharmacology Overview
Principles of Drug Action
Pharmacology of Diuretics

National Board Review

Drugs Affecting the Central Nervous System Part II

Basic Principles of Pharmacology

Graduate Program Teaching Responsibilities

Lecture MS 510 Course - Pharmacology of Diuretics

Frontiers in Biomedical Science

Biochem 463- Biochemistry of alcoholism

Research Training Responsibilities

Graduate Students
R.H. Selinfreund
Nicole Stevens
Kevin Vicenti

Medical Students
Thomas D. Barela
Richard Murray
Susan Comfort
Seth Switzer
Stephanie Ott

Minority Biomedical Research Support Program Mentor for following students

George Baca
Diana M. Gonzales
Jeanie Garcia
Chuck J. Wang
Joan Rivera
Pedro Solis
David Cordova
David Sandoval
Karen Garcia
Elizabeth Duran

revise | 10/13/10                          page 4

Michelle Lucero
Barbara Robinson
Herbert Coker
Regina Marie Contreras
Rachael Montoya
Claranita Williams
Dee Thomas
Andrea Sanchez
Greg Marquez
John Cde Baca
James Corcoran
Rhiannon Brock
Matthew Jake Ingram
Peter Headly
Elizabeth Abeyta
Marvin Pena-Person
Yvonne Lopez

MBRS High School Summer program

Thomas Montoragon
David Brec
Deborah Ann Zamora
Angelica Griego
Andrea Sanchez

High School Mentorship Program

Adrian Rodriguez
Victor Baca
Eric Saberhagen
Jennifer Hale
Kathelene Holt
Pablo Martinez, 1997
Lisa Trujillo, 1998
Maggie Lancaster, 1999

Other UNM Students

Rhonda L. Richards
Jason Jaramillo, 1998
Brenda Pacheco, 1998, ROF

RESEARCH/ SCHOLARSHIP/ CREATIVE WORK

Honorary and Professional Societies:

The American Chemical Society Division of Medicinal Chemistry
Society of the Sigma Xi (Associate)
Rho Chi Society
Kappa Psi Pharmaceutical Fraternity
Society for the Advancement of Chicanos and Native
Americans in Science
Western Pharmacology Society
Society for Neuroscience
Research Society on Alcoholism
The New York Academy of Sciences

revised 10/13/10              page 5

## Support of Research Activities:

| | |
|---|---|
| 2/77 - 1/79 | National Science Foundation "Properties and Developmental Aspects of Regulatory Enzymes in Brain Capillaries" Total Budget: $22,508 |
| 2/77 - 1/78 | National Institute of Mental Health "Effects of Alcohol on $\gamma$–Glutamyl Transpeptidase" Total Budget: $ 5,000 |
| 9/77 - 8/80 | National Institutes of Health, MBS Program "The Effects of Alcohol on Brain $\gamma$–Glutamyl Transpeptidase Isoenzymes" Total Budget:$70,839 |
| 8/80 - 8/83 | National Institutes of Health, MBRS Program "$\gamma$–Glutamyl Transpeptidase in Ethanol Sensitive Mice" Total Budget: $88,768 |
| 12/80 - 11/83 | National Institutes of Health, MBRS Program "Multidisciplinary Neuroscience Research Training at College of Santa Fe" Co-Principal Investigator Total Budget: $263,320 |
| 1/84 - 12/88 | National Institutes of Health, MBRS Program "Effects of Maternal Administration of Alcohol on Gamma-GTP" Total Budget: $50,040 |
| 10/84 - 9/85 | DSCUS, "Hippocampal Neurotransmitter Receptors in FAS Rats", Co-principal Investigator Total Budget: $15,000 |
| 8/84 - 7/86 | State of New Mexico Health and Environment Department "Biochemical Marker of FAS" Total Budget: $35,000 |
| 7/84 - 6/85 | National Institutes of Health,NIAAA "Long-Term Effectiveness of Controlled Drinking Therapies" Co-Principal Investigator Total Budget: $63,091 |
| 8/86 - 7/89 | National Institutes of Health, NIAAA "The Effect of Prenatal Alcohol Exposure on GGTP" Total Budget: $161,705 |
| 3/88 - 2/91 | NINCDS "Conference Program for Young Minority Scientists" Total Budget $105,000 |
| 4/91 - 3/94 | NINDS "Conference Program for Young Minority Scientists" Total Budget $119,490 |
| 4/91 - 3/94 | National Institutes of Health, NIAAA "Relationship Between Alcohol Toxicity and Glutathione"  Total Budget: $270,803 |
| 1/95 - 1/96 | NIGMS "Minority Biomedical Research Support Program" Program Director/ PI Total Budget: $566,065, 12 months |
| | NIGMS "MARC "Honor Undergraduate Research Training" Program Director/ PI Total Budget: $1,084,942, 60 months (Not funded) |

revised 10/13/10                                          page 6

| | |
|---|---|
| 1/96 - 1/00 | NIGMS "Minority Biomedical Research Support Program" Program Director/ PI Total Budget: $2,108,641, 48 months ,Priority score= 191 |
| 11/95 - 1/96 | NIGMS - MBRS "Instrumentation grant" Program Director/ PI Total Budget $ 51,648 |
| 6/1/98- 8/31/01 | DHHS/HRSA "Center of Excellence-Hispanic and Native American" Research director 20% effort Total Budget 1,917,948. |
| 2/1/00 - 1/31/03 | NIGMS–IMSD "Initative for Minority Student Development at UNM"  25% effort co-Director PI: Nasir Ahmed Total Budget $2,122,248 |

## PUBLICATIONS

### Papers and short communications

1.  Reyes, E. & G.D. Appelt:The Pharmacological Aspects of Concurrent Administration of Furosemide and Skeletal muscle Relaxants *The Journal of Pharmaceutical Science* 61(4): 562-567 (1972)

2.  Reyes, E. & G.D. Appelt: *Laboratory outline for General Pharmacology* University of Colorado School of Pharmacy (1973)

3.  Reyes,E. & G.C. Palmer: Biochemical localization of γ-Glutamyl Transpeptidase Within Cellular Elements of the Rat Cerebal Cortex. *Res. Com. Chem. Path. Pharmacol.*: 759-76 (1976)

4.  Reyes, E. & E Prather: Subcellular And Regional Localization of γ-Glutamyl Transpeptidase in Sheep Brain *Neurochemical Research* 1: 251-259 (1976).

5.  Buss, W.C., Reyes, E. & T.Barela: Mental Ion Catalyzed Oxidation of The Antibiotic Rifampicin. *Res. Com. Chem. Path Pharmacol.* 17: 547-550(1977).

6.  Reyes, E. Brain γ-Glutamyl Transpeptidase Levels in Mice Genetically Selected for Sensitivity to Ethanol.*Res. Com. Chem. Path. Pharmacol.*17: 353-356 (1977).

7.  Reyes, E. Effects of Alcohol on Rat Brain γ-Glutamyl Transpeptidase. *Proceedings of The Western Pharmacology Society* 20: 345-349 (1977).

8.  Reyes, E. & V.G. Erwin: Distribution and Properties of NADPH-Linked Aldehyde Reductase from Brain Synaptosomes. *Neurochemical Research* 2: 87-97 (1977).

9.  Reyes, E. W.R. Miller, C.A. Taylor & C.T. Spalding The Activity of γ-Glutamyl Transpeptidase in the Serum of Problem Drinkers.*Proc. West. Pharmacol. Soc.* 21: 289-297 (1978).

10.  Reyes, E. Rat Brain γ-Glutamyl Transpeptidase:Effects of Alcohol *Res. Comm Chem Path & Pharmacol* 21: 145-148 (1978).

11.     Saland,L.C., Dail,W.G. & Reyes,E: Effects of P-Chloroamphetamine, a
        Serotonin-Depleting Drug on the Median Eminence and Pituitary Pars
        Intermedia.*J. Neurobiology* 11: 577-589(1980).

12.     Reyes,E. & W.R. Miller: Serum Gamma-Glutamyl Transpeptidase as a
        Diagnostic Aid in Problem Drinkers *Addictive Behaviors* 5: 59-65(1980).

13.     Reyes,E. & Barela,D.T.: Isolation and Purification of Multiple Forms of
        $\gamma$–Glutamyl Transpeptidase from Rat Brain *Neurochemical Research.* 5:
        159-170(1980).

14.     Reyes,E.: The Effects of Alcohol on $\gamma$–Glutamyl Transpeptidase
        *Proc.West.Pharmacol.Soc.*23: 433-436(1980).

15.     Reyes,E. , Lewis, L. & Saland, L.C.: Isolation of $\gamma$–Glutamyl Transpeptidase
        from Glial Cells *Proc. West. Pharmacol. Soc.* 23: 381-383(1980).

16.     Reyes,E.: Effects of Alcohol on $\gamma$–Glutamyl Transpeptidase (GGTP) in
        *Alcohol and Aldehyde Metabolizing Systems -IV Adv. in Experimental
        Medicine & biology* 132: 579-586(1980).

17.     Reyes, E. , Rivera J.M. & Murry R.: Isolation and Partial Characterization of
        $\gamma$–Glutamyl Transpeptidase from Mice Differing in Alcohol Sensitivity
        *Neurobehavioral Toxicology and Teratology* 5: 189-192(1983).

18.     Reyes,E.,J.M.Rivera,L.C.Saland & H.M.Murray: Effects of Maternal
        Administration of Alcohol on Fetal Brain Development.*Neurobehavioral
        Toxicology and Teratology* 5: 263-267 (1983).

19.     Reyes, E. & J. Lisansky: Effects of Tricyclic Antidepresents on Platelet
        MAO Activity *Clinical Pharmacology and Therapeutics* 35: 531-534 (1984).

20.     Vorherr,H. UTE F. Vorherr,D.Pathak,E.Reyes,S.Jordan & R. H. Messer:
        Embryonic /Fetal Growth Following Suckling-Induced Delay of Inplantation.
        *American Journal of Obstetrics and Gynecology* 149: 209-214 (1984).

21.     Saland,L.C., E. Reyes & E. Ortiz: Naltrexone Effects on Pituitary
        Neurointermediate Lobe and Median Eminence *Neurochem. Research* 2:
        207-217 (1984).

22.     Reyes, E., K.D. Garcia & B.C. Jones: Effects of the Maternal Consumption
        of Alcohol on Alcohol Selection in Rats. *Alcohol* 2: 323-326 (1985).

23.     Jones, B.C., R. Goldstine, M. Gurley & E. Reyes: Appetite for Alcohol:
        Influence of Genetics and Early Experience. *Neurobehavioral Toxicology &
        Teratology* 7: 125-127 (1985).

24.     Jones, B.C., R.N. Goldstine, M. Kegel, M. Gurley & E. Reyes: The
        Influence of infantile Handling, Age and Strain on Alcohol Selection in Mice.
        *Alcohol* 2: 327-331 (1985).

25.     Savage, D. & E. Reyes: Prenatal Exposure to Ethanol Retards the
        Development of Kindling in Adult Rats. *Experimental Neurology* 89: 583-
        591 (1985).

26.     Reyes, E.: The Role of $\gamma$–Glutamyl  Transpeptidase in Alcoholism.
        *Neurobehavioral Toxicology and Teratology* 7: 171-175 (1985).

revised 10/13/10              page 8

27.   Reyes, E.& B.C.Jones: A Pharmacogenetic Analysis of the Effects of
      Tetrahdrocannabinol (D9THC) on Brain Gamma Glutamyl Transpeptidase.
      *Nerobehavior Toxicology and Teratology* 7: 167-169(1985).

28.   Reyes, E. & R.W.Murray: Gamma Glutamyl Transpeptidase as a Sensitive
      Marker of Fetal Alcohol Exposure. *Neurobehavioral Toxicology and
      Teratology* 7: 177-180 (1985).

29.   Rodriquez, L.A.,D.E. Moss, E. Reyes and M.L. Camarena: Perioral
      Behaviors Induced by Cholinesterase Inhibitors: A Controversial Animal
      Model. *Pharmacology Biochemistry and Behavior* 25: 1217-1221 (1986).

30.   Raymond,L.N., E. Reyes, S. Tokuda, and B.C. Jones : Differential Immune
      Response in Two Handled Inbred Strains of Mice. *Physiology and Behavior*
      37: 295-297 (1986).

31.   Reyes, E.,K.D. Garcia,J. Wolfe and D. Sandoval: Effects of in utero
      administration of Phenobarbital on γ–Glutamyl Transpeptidase. *Alcohol* 3:
      153-155 (1986).

32.   Saland, L.C., J.A. Wallace, E. Reyes, A. Samora, D. Maez and F.
      Comunas: Effects of the Serotonin-Uptake Inhibitor, Fluoxetine, on
      Immunoreactive Serotonin Innervation in the Rat Pituitary Gland. *Brain
      Res. Bull.* 19: 261-267 (1987).

33.   Reyes, E., J.Wolfe & D.D. Savage: The effects of Prenatal Alcohol
      Exposure on Radial Arm Maze Performance in Adult Rats. *Physiology and
      Behavior* 48: 45-48 (1989).

34.   Reyes, E., J. Wolfe & M. Marquez: Effects of prenatal Alcohol on
      γ–Glutamyl Transpeptidase in various brain regions. *Physiology and
      Behavior* 48: 49-53 (1989)

35.   Rowland, R.R.,E. Reyes, R. Chukwuocha & S. Tokuda: Corticosteroid and
      immune responses of mice following mini-osmotic pump implantation.
      *Immunopharmacology* 20: 187-190 (1990)

36.   Saland, L.E. Reyes, A. Samora & L. Gutierrez: Chronic Naltrexone
      Infusion: Effects on Innervation of Rat Neurointermediate Lobe. *Brain
      Research Bulletin* 24: 779-786 (1990)

37.   Reyes, E., E. Duran, and S.H. Switzer: Effects of in utero Administration of
      Alcohol on Alcohol Sensitivity in Adult Rats. *Pharmacology Biochemistry
      and Behavior* 44:307-312 (1993)

38.   Reyes, E., S. Ott and B. Robinson: Effects of in utero Administration of
      Alcohol on Glutathione levels in Brain and Liver. *Alcoholism: Clinical and
      Experimental Research* 17(4): 877-881 (1993).

39.   Calhoon, L.L., T.D. Jones, E. Reyes and S. Ott. Monoamine Oxidase
      Levels in Females: Relationships to Sensation Seeking, Alcohol Use,
      Physical Fitness, and Menstrual Cycle. *Personality and Individual
      Differences*, 12: 439-446 (1993)

40.   Chukwuocha, R.U., E. Reyes and S. Tokuda. The in vivo Effects of Opoid
      Peptides on the Murine Immune Response. *Int. J. Immunopharmac.* 16(3):
      205-215 (1994).

revised 10/13/10                    page 9

41.  Reyes, E., S. Ott, B. Robinson and R. Contreras. The Effects of in utero
     Administration of Buthionine Sulfoximine on Rat Development.
     *Pharmacology Biochemistry and Behavior.* 50(4): 491- 497 (1995).

42.  La Grange, L., T.D. Jones, L. Erb and E. Reyes.Alcohol Consumption:
     Biochemical and Personality Correlates in a college Student Population.
     *Addictive Behaviors.* 20(1): 93-103 (1995)

43.  Wang, M., L. LaGrange, J. Tao, and E. Reyes. Hepatoprotective Properties
     of *Silybum marianum* herbal preparation on ethanol induced liver damage.
     *Fitoterapia.* 67(2): 166-171 (1996).

44.  Reyes, E. and S. Ott. The Effects of Buthionine Sulfoximine on the
     Outcome of the in utero Administration of Alcohol on Fetal Development.
     Alcohol. *Alcoholism: Clinical and Experimental Research 20(7): 1243- 1251*
     (1996).

45   Matykiewicz, L., LaGrange,L.,Vance,P.,Wang,P.,Wang,M., E. Reyes.
     Adjudicated Adolescent Males: Measures of Urinary 5-Hydroxyindoleacetic
     acid and Reactive Hypoglycemia.  Personality and Individual Difference
     22: 327-332 (1997)

46.  Matykiewick,L., LaGrange, L., Reyes. E., Vance,P., Wand. M. Adolescent
     males impulsive/aggressive behavior and alcohol abuse: Biological
     correlates. *Journal of Child & Adolescent Substance Abuse* 6(2) :27-37
     (1997)

47.  LaGrange, L.,M.Wang,R. Watkins, D. Ortiz, M. Sanchez, J. Konst. C. Lee,
     & E. Reyes. Protective effects of the flavonoid mixture, silymarin, on fetal
     rat brain and liver. *J Ethnopharm.* 65(1): 53-61 (1999)

48.  Reyes, E. and S. Ott. Alcohol bioavailability in buthionine sulfoximine
     treated rats. *Alcoholism: Clinical and Experimental Research (in revission
     submitted)*

49.  Reyes,E., M. Ingram, R. Brook & S. Ott. Effects of N-Acetylcysteine in a Rat
     Model of Fetal Alcohol Syndrome: Looking Toward a Mechanism.
     *Alcoholism: Clinical and Experimental Research (in revission Submitted)*

50.  Reid, C., J. Edwards, M. Wang, Y. Manybeads, L. Mike, N. Martinez, L.
     LaGrange & E. Reyes. Prevention by a Silymarin/Phospholipid Compound
     of Ethanol-Induced Social Learning Deficits in Rats. *Planta Medica: Natural
     Products and Medicinal Plant Research* 65: 421- 424 (1999).

51.  Reyes, E., E. Abeyta & Y. Lopez. Acetone potentiates effects of in utero
     administration of alcohol on development in the rat. *Research
     Communications in Alcohol and Substances of Abuse 20(1&2): 3-14*
     (1999).

52.  Edwards J, LaGrange L, Wang M, Reyes, E. (2000) Fetoprotectivity of the
     flavanolignan compound siliphos against ethanol-induced toxicity.
     Phytother Res. 14 :517-21.

Syllabus Chapters

1.    Alcohol

revised 10/12/10                    page 19

2.   Factors modifying drug response

3.   General Anesthetics

4.   Local anesthetics

5.   Diuretics

6.   Drugs affecting hemostasis

## Book Chapters

1.   Reyes, E. and Cooke, W.O., Jr. Effects of alcohol on brain γ-glutamyl
     transpeptidase. In: Alcoholism: A Perspective. Eds. Messina & Tyner,
     P.J.D. Pub. Ltd., Westbury, N.Y., pp. 433- 440, 1980.

2.   Reyes, E. The Effects of Prenatal Alcohol Exposure on γ-Glutamyl
     Transpeptidase. In: Alcohol and Drug Abuse Reviews, Vol 2 Liver
     Pathology and Drugs of Abuse Reviews. Eds. R.R. Watson, Humana
     Press, Totowa, New Jersey, pp. 117-132, 1991.

## Abstracts

1.   Reyes, E. and Appel, G.B. The pharmacological aspects of con-current
     administration of furosemide and skeletal muscle relaxants. Proceedings
     of the Academy of Pharmaceutical Sciences, Volume 1:113, 1971.

2.   Reyes, E. Distributions and properties of reduced-nicotinamide-adenine
     dinucleotide phosphate-linked aldehyde reductases from rat brain
     synaptosomes. Ph.D. Thesis. 1974.

3.   Reyes, E. and Palmer, G.C. Cellular localization and kinetic properties of
     γ-glutamyl transpeptidase in rat cerebral cortex. Federation Proceedings,
     Vol. 35,201, 1976.

4.   Reyes, E. and Erwin, V.G. Distribution and properties of NADP H-linked-
     aldehyde reductase from rat brain synaptosomes. Southwestern MBS
     Symposium, Vol 1:13, 1976.

5.   Reyes, E. and Garcia, J. Brain γ-glutamyl transpeptidase levels in mice
     genetically selected for sensitivity to ethanol. Fifth Annual Minority
     Biomedical Support Symposium, Vol 5:57, 1977.

6.   Reyes, E. Effects of alcohol on the high Km isoenzyme of brain γ-glutamyl
     transpeptidase. Federation Proceedings, Vol. 36:352, 1977.

7.   Cooke, W.D., Barela, T.D. and Reyes, E. Purification and subcellular
     localization of γ-glutamyl transpeptidase from rat brain. Fed. Proc. Vol.
     37:575, 1978.

8.   Reyes, E. Effects of alcohol on brain γ-glutamyl transpeptidase. In:
     Alcoholism: The Medical Side. The Second Annual Conference on
     Alcoholism. El Paso, Texas. 1978.

9.   Reyes, E. and Miller, W.R. Use of liver function tests (SGOT and GGTP)
     for screening and outcome assessment with problem drinkers. Taos
     International Conference on Treatment of Addictive Behaviors. Taos, New
     Mexico. 1979.

10. Reyes, E. Effects of alcohol on $\gamma$-glutamyl transpeptidase (GTP). Alcohol, Clinical and Experimental Research, Vol.3(3):275. Third International Symposium on Alcohol and Aldehyde Metabolizing Systems. Toronto, Canada, 1979.

11. Reyes, E. and Schanberg, S. Isolation of $\gamma$-glutamyl transpeptidase from ghikara's. Society for Neuroscience, Vol. 5, 1979.

12. Reyes, E. and Garcia, D. Ontogenetical development of brain $\gamma$-Glutamyl transpeptidase in rat. Sixth Annual Minority Biomedical Support Symposium, Vol. 72, 1978.

13. Reyes, E. and Mann, C. Isolation of multiple forms of $\gamma$-glutamyltranspeptidase. Seventh Annual Minority Biomedical Support Symposium, Vol. 72, 1979.

14. Reyes, E., Rivera, H. and Lewis, I.J. The effect of oral alcohol administration on brain $\gamma$-glutamyl transpeptidase. Society for Neuroscience, Vol. 3:67, 1979.

15. Reyes, E., Saland, L.C. and Alaniz, H.M. Golgi and electron microscopic studies of Purkinje cells in rats with fetal alcohol syndrome. Anatomical Record, Vol. 199(3):A215, 1981.

16. Reyes, E., Murray, R. and Rivera, H.M. Isolation and partial characterization of $\gamma$-GTT from mice differing in ETOH sensitivity. Fifth Annual Conference on Alcoholism. Pharmacology, Biochemistry and Behavior, Vol. 14(6):964, 1981.

17. Reyes, E., Rivera, H.M., Garcia, C. and Murray, H.M. Effects of maternal administration of alcohol on fetal brain development. Fifth Annual Conference on Alcoholism. Pharmacology, Biochemistry and Behavior, Vol. 14:763, 1981.

18. Reyes, E., Rivera, H.M. and Turner, R. Isolation and partial characterization of $\gamma$-GTT from mice differing in ETOH sensitivity. Ninth Annual Minority Biomedical Support Symposium, Vol. 92:205, 1981.

19. Whitfield, J.K., Kauffman, L., Reyes, E. and Jones, B. Microcomputer-based fully automated behavioral avoidance. Tenth Annual MBRS Symposium, p. 459, 1982.

20. Langston, A., Whitfield, J., Kauffman, L., Reyes, E. and Jones, B. The influence study of the $H^3$ mood of genotype and early experience on acquisition of active avoidance behavior. Tenth Annual MBRS Symposium, p. 464, 1982.

21. Dunham, T., Kauffman, L., Reyes, E. and Jones, B. Preliminary Investigation of the contributions of genotype and early experience to adrenal cortex response to stress. Tenth Annual MBRS Symposium, p. 223, 1982.

22. Reyes, E., Kauffman, L. and Jones, B. Effects of oral administration of (DTHC) trans-tetrahydrocannabinol on brain $\gamma$-glutamyl transpeptidase. Tenth Annual MBRS Symposium, p. 433, 1982.

23. Reyes, E. and Villescas, P. Effects of maternal administration of alcohol on $\gamma$-glutamyl transpeptidase in neonatal rats. Tenth Annual MBRS Symposium, p. 158, 1982.

revised 10/13/10                    page 12

24.   Reyes, E., Kauffman, L. and Jones, B.  Effects of tetrahydrocannabinol on brain γ–glutamyl transpeptidase. Society for Neuroscience, Vol. 8:1027, 1982.

25.   Murray, R.W. and Reyes, E.  Gamma-glutamyl transpeptidase as a sensitive marker of fetal alcohol exposure. National Student Research Forum p.32.

26.   Selinfreund, R.H., LaPoint, J., Reyes, E., Saland, L.C. and Mennin, S.P. Evidence for direct interaction of dopamine and thyrotropin-releasing hormone (TRH). Am. Soc. of Zool. (submitted)

27.   Kauffman, L., Jones, B., Reyes, E.  Explanatory behavior in mice:importance of genetics and infantile handling. Colo. Acad. of Sci., Laramie Wy. 1983. (submitted)

28.   Kauffman, L., Bybee, K., Goldstine, R., Jones, B. and Reyes, E. Genotype, early experience and ethanol selection in mice. Behavior Genetics Vol 13. p 539-540 (1983)

29.   Boarman, D., Kauffman, L., Langston, M,A., Jones, B., Reyes, E.   and Martin, P.  Behavior pharmacogenetic analysis of   tetrahydrocanna binol I.  Effects of THC on activity in house   mice.   11th MBRS  Symposium, p. 320,  1983

30.   Bill, C., Kauffman, L., Jones, B., Reyes, E. and Martin, P.   Behavior pharmacogenetic analysis of tetrahydrocanabinol II.   Avoidance behavior in house mice. IIth MBRS Symposium, p. 3II, 1983.

31.   Collison, B., Goldstine, R., Kauffman, L., Jones, B., & Reyes, E.Ethanol selection by inbred mice:  differential effects of early experience. 11th MBRS Symposium,  p. 310, 1983.

32.   Langston, M.A., Kauffman, L., Jones, B.C. and Reyes, E.  Exploratory behavior in mice:  importance of genetics and infantile handling. 11th MBRS Symposium, p. 309, 1983.

33.   Rodriguez, C., Kauffman, L., Jones, B., & Reyes, E.  Maternal behavior in mice:  effect of strain of foster pups. 11th MBRS Symposium, p. 308, 1983.

34.   Montoya, L., Kauffman, L., Jones, B., & Reyes, E.  Avoidance learning: differential effects of recent and early experience in inbred mice. 11th MBRS Symposium, p. 307, I983.

35.   Reyes, E., Kauffman, L. and Jones, B.C. Effects of Tetrahydrocannabinol on Brain γ–Glutamyl Transpeptidase in Different Strains of Inbred Mice. Substance and Alcohol Actions/Misuse Vol 4 p.259 ,1983.

36.   Reyes, E., Wolfe,J. and Murray, R.W. Effects of in utero Adminisration of Alcohol on  Gamma-Glutamyl Transpeptidase : A  Sensitive Marker of FAS. substance and Alcohol Actions/Misuse Vol 4 p.257 ,1983.

37.   Goldstine, R.,Kauffman,L.,Gurley, M.,Jones,B.C. and Reyes,E. Appetite for Alcohol: Influence of Genetics and Early Experience. Substance and Alcohol Actions/Misuse Vol 4 p.254, 1983.

38.   Boarman,D., Kauffman,L., Langston,M.A., Jones,B.C. and Reyes, E. Behavior Pharmacogenetic Analysis of Tetrahydrocannabinol I:.Effects of

revised 10/13/10          page 13

THC on Activity in  House Mice. Substance and Alcohol Actions/Misuse Vol 4 p.259, 1983.

39.  Collison, E., Langston, M.A., Kauffman,L., Jones, B.C. and Reyes, E. Behavior Pharmacogenetic Analysis of Tetrahydrocannabinol II.Avoidance Behavior in Housemice. Substance and Alcohol Actions/Misuse Vol 4 p.259, 1983.

40.  Reyes, E. Garcia, K.D. and Jones, B.C. Effects of the Maternal Consumption of   Alcohol on Alcohol Preference in Rats Alcoholism:Clinical and Experimental Research Vol 8 p.115 ,1984.

41.  Goldstine,R.N., Kauffman,L., Kogel,M. Reyes, E. and Jones,B.C. Appetite for   Alcohol in Mice: Influence of Genotype and Early Experience Alcoholism:   Clinical and Experimental Research Vol 8 p.93, 1984.

42.  Savage,D.D. and Reyes,E. Prenatal Exposure to Ethanol Retards Kindling Development in Adult Rats Society for Neuroscience Vol. 10: 570, 1984.

43.  Goldstine, R.N., M. Gurley, M. Kegel, E. Reyes & B. Jones. Alcohol Selection in Mice:  Influence of Genotype, Early Experience and Age. Neurobehavioral Toxicology & Teratology. Vol 7 p 207 ,1985

44.  Reyes, E., K. Garcia & D. Sandoval. Effects of in utero Administration ofPhenobarbital on  -Glutamyl Transpeptidase.Neurobehavioral Toxicology & Teratology Vol 7. p207, 1985

45.  Reyes, E., B.C. Jones, K. Garcia & D. Sandoval. Effects of Maternal Consumption of Alcohol on Alcohol Preference in Adult Rats. Neurobehavioral Toxicology & Teratology Vol7 p207 ,1985

46.  De Bari,S., J. Romero, E. Reyes, K. Radecki & B.C. Jones. Learned Helplessness in Mice:  Contributions of Early Experience and Strain. 61th Annual Meeting of SWARM,AAAS (presented)

47.  Sanchez, J.M., D. Peina, K. Radecki, E. Reyes & B.C. Jones.Anxiolytic Effects of Chlordiazepoxide in Mice: A Pharmacogenetic Analysis. 61th Annual Meeting of SWARM,AAAS (presented)

48.  Raymond, L.N., E. Reyes, S. Tokuda & B.C. Jones. Suggested Genetic Variation in Impact of Infantile Stress on Immune Response. 61th Annual Meeting of SWARM,AAAS ( presented)

49.  Boarman, D.H., K. Radecki, E. Reyes & B.C. Jones. Investigation of the Effects of Infantile Handling and Strain on Appetitively Motivated Tasks in Mice. 61th Annual Meeting of SWARM,AAAS (presented).

50.  Jones, B.C. & E. Reyes. Studies of Genotype-Environment Interactions: A Worthwhile Endeavor in Behavior Genetics? 61th Annual Meeting of SWARM,AAAS (presented).

51.  Jones, B.C., J. Gonzalez & E. Reyes. Developmental Behavior Genetic Analysis of Avoidance Response in Mice. Southwestern Psychological Association Meeting, (presented).

52.  Reyes, E., D. Sandoval, K. Garcia & J. Wolfe. The Effects of the in utero Administration of Alcohol on Gamma Glutamyl Transpeptidase from Rat Hippocampus. Society for Neuroscience Vol 11. p 292 ,1985.

revised 10/13/10                    page 14

53.   Reyes, E., K. Garcia, P. Solis and J. Wolfe  The Effects of the Maternal
      Administration of Alcohol on Stress in Adult Rats  Society for Neuroscience
      1986  12  52

54.   Winslow, W.W. and E. Reyes  Fluphenazine pump:  Intern Conference on
      Mental Health and Technology  1986

55.   Winslow, W.E., E. Reyes and W. Meyerwitz  Infusion pump administration
      of psychotropic drugs  Am.J. of Psychiatry  1986    in press

56.   Reyes, E., J. Wolfe & D.D. Savage  The Effects of Prenatal Alcohol
      Exposure on Radial Arm Maze Performance  in Adult Rats  Res Comm
      Subs Abuse  1987  8  165

57.   Reyes,E.,K.D. Garcia, J. Wolfe & M. Marquez  Behavioral Changes
      Produced by the in utero Administration of Alcohol  Res Comm Subs Abuse
      1987  8  164

58.   Reyes, E., K.D. Garcia and J. Wolfe  Does the Prenatal Exposure to
      Ethanol Affect an Adult's Tolerance to Alcohol?  Society for Neuroscience
      1987  13  506

59.   Jones,B.C., J. Reyes, R.Vega, E. Reyes and J.M. Masserano  Differential
      Effect of Infantile Handling on Tyrosine Hydroxylase in Three Inbred Murine
      Strains. Behavioral Genetics  1987

60.   Garcia,K.D., J. Wolfe and E. Reyes  Effect of the in utero administration of
      alcohol on the ontogenic  development of gamma glutamyl transpeptidase
      in brain and liver  Alcoholism:Clinical Experimental Research  1987  11(2)
      209

61.   Reyes, E. & B.C. Jones  The Selection for Alcohol May be influenced by the
      in utero exposure to alcohol. Alcoholism: Clinical Experimental Research
      12(2): 343 1988.

62.   Reyes, E.,J. Wolfe, M.E. Marquez & E. Duran  The Effects of in-utero
      Administration of Alcohol on Sleep Time in Adult Rats. Proceedings 16th
      NIH-MBRS Symposium 67, 1988  .

63.   Comfort, S., & E. Reyes  The Effects of in utero Exposure to Alcohol on
      Gangliosides in Rat Brains  Alcoholism: Clinical Experimental Research Vol
      13(2) pp 324 (1989).

64.   Reyes, E., J. Wolfe, M.E. Marquez, E. Duran and S.H. Switzer Effects of in
      utero Administration of Alcohol onSleep Time in Adult Rats Society for
      Neuroscience Vol 15(1) pp39 (1989).

65.   Duran, E. E.,M. M. Lucero and E. Reyes  N-Acetyl-l-Cysteine Prevents the
      Effects of in utero Administration of Alcohol. 1990 NIH- MBRS-MARC
      Symposium Vol 18 pp120 (1990).

66.   Reyes, E., M.M. Lucero, S. Ott & H. Coker. Effects of the in utero
      Administration of N-Acetyl-l-Cysteine and Alcohol on Fetal Development.
      Alcoholism: Clinical Experimental Research Vol 15(2) pp343 (1991).

67.   Coker, H. B., B. A. Robinson & E. Reyes. Effects of BSO on Fetal
      Development. 1991 NIH- MBRS-MARC Symposium Vol 19 pp114 (1991).

revised 10/13/10                    page 15

68.  Reyes,E., S. Ott, B. Robinson & R. Contreras. The Effect of *in utero*
     Administration of Buthionine Sulfoximine on Rat Development. <u>Society for
     Neuroscience</u> Vol 18(1) pp 623 (1992).

69.  Reyes, E.,R. Contreras, R. Montoya, & S. Ott. The Effects of Buthionine
     Sulfoximine on the Effects of the in utero Administration of Alcohol on Fetal
     Development. <u>Society for the Advancement of Chicanos and Native
     Americans in Science</u>. (1993).

70.  Reyes, E., R. Contreras, R. Montoya, & S. Ott. The Effects of Buthionine
     Sulfoximine on the outcome of the in utero Administration of Alcohol on
     Fetal Development. <u>Alcoholism:</u> Clinical Experimental Research Vol 17(2)
     pp 484 (1993).

71.  Reyes, E., R. Contreras, R. Montoya & S. Ott. Effects of in utero
     Administration of Alcohol on Enzymes of the g-Clutamyl Cycle.
     Alcoholism:Clinical Experimental Research Vol 18 pp434 (1994).

72.  Thomas,D., G.J. Marquez, S.J. Ott & E. Reyes. Comparison of two Fetal
     Alcohol Syndrome Paradigms. SACNAS (1995).

73.  Reyes, E., G. Marquez, J.C. de Baca and S. Ott. The Effects of Buthionine
     sulfoximine on the outcome of the in utero administration of alcohol of fetal
     development.  Society for Neuroscience (1996)

74.  Reyes, E.,R. Brock, S. Ott, & J. Corcoran. The Effects of N-Acetyl Cysteine
     on the outcome of the in utero administration of Alcohol on Fetal
     Development.  Society for Neuroscience 724.1 (1997)


## SERVICE

### University Committees

| | |
|---|---|
| 1978-1981 | Member, UNM Faculty Senate |
| 1978-present | Member, MBS Advisory Council, UNM |
| 1979-1984 | Member, Admissions Committee, UNMSOM |
| 1979-1981 | Member, University Committee on Human Subjects |
| 1980-1981 | Planning Committee for 9th Annual MBS Symposium |
| 1980 | Committee on Alcoholism, School of Medicine |
| 1984 | Committee on Admissions and Registration |
| 1984-1988 | Committee on Falsification of Records |
| 1988-1991 | Chairman, Graduate Awards committee |
| 1987-present | Advisory Committee to Alcohol and Drug Abuse Prevention and Treatment Evaluation |
| 1988-1996 | Medical Center Laboratory Animal Care and Use Committee |

revised 10/13/10                    page 16

| | |
|---|---|
| 1988 | College of Pharmacy Future Planning Committee |
| 1988-1991 | Chairman, Graduate Fellowship Committee |
| 1991-present | Faculty Affiliate, Research Division, Center on Alcoholism, Substance Abuse, and Addictions, University of New Mexico |
| 1991-1992 | Regulatory Biology Graduate Committee |
| 1992-1993 | SOM Sabbatical Leave Committee |
| 1992-1996 | Faculty Senate<br>Chair, Admissions and Registration Committee (1992)<br>Member Subcommittee on grade petitions |
| 1992-1993 | Department of Pharmacology Search Committee |
| 1993-1998 | Robert Wood Johnson Foundations Committee<br>Robert Wood Johnson Renal Committee<br>Student Progress Assessment Committee |
| 1994-present | Minority Biomedical Research Support Program Director |
| | Minority Access to Research Careers, Program Director |
| | Office of Cultural and Ethnic Programs Executive Committee |
| | Biomedical Sciences Graduate Steering Committee |
| 1995 | School of Pharmacy Search Committee |
| | Tutorial Steering Committee |
| 1997 | Committee on Student Promotions & Evaluation I |
| | School of Pharmacy Search Committee |
| 1998 | School of Pharmacy Search Committee |
| | Department of Biochemistry & Mol Biol Search Committee |
| | Narrative Evaluation Committee |
| 1999 | Visiting Scientist Program<br>Rio Grande HS 3/4<br>Moriarty HS 11/08 |
| | Committee on Student Promotions & Evaluation I |
| | Biomedical Sciences Graduate Steering Committee |
| | FIBCI Faculty Advisory Committee |
| | OCEP evaluation committee |

**Local, State, and National Committees**

revised 10/13/10               page 17

1973- 1999     NIH Advisory Committee, Minority Programs Review
               Committee, Minority Biomedical Support Program
               Consultant Division of Research Resources NIH

               **Projects Reviewed**:

               1973   Texas Southern University, Houston, TX
                      Benedict College, Columbia, SC
               1974   Voorhees College, Denmark, SC
               1975   Texas Southern University, Houston, TX
               1976   University of Maryland Eastern Shore, Salisberry,
               MD
                      University of the Virgin Islands, St. Thomas, VI
               1977   Tougaloo College, Tougaloo, MI
               1980   Inter American University, Hato Ray,    Puerto Rico
               1981   University of Puerto Rico, Mayaguez, Puerto Rico
               1984   California State University, Los Angeles, Ca.
               1987   University of Texas at San Antonio, San Antonio,
               TX
               1990   Special Panel Review, Washington, D.C.
               1991   Jackson State University, Jackson MS
                      Special Panel Review, Washington, D.C.
                      Special Panel Review, Washington, D.C.
               1992   Chaired Special Panel Review, Washington, D.C.
                      Special Panel Review, Washington, D.C.
               1993   Panel Review, Washington, D.C.
               1994   Wayne State, Detroit, MI
                      Panel Review, Washington, D.C. (3 times)
                      Morgan State University, Bethesda, MD
                      University of Puerto Rico, Mayaguez, PR
               1995   Neuroscience Panel Review, Washing, D.C.
                      MBRS Subcommittee, Washington,D.C.(2 times)
               1996   MBRS Enhancement projects review, Washington
                      DC
               1997   MBRS Panel review 5/29-30
                      NIH F31 Review 7/7-8
                      Teleconference MBRS Special Review (Chair) 7/21

1976           Consultant to the National Conference on Human
               Experimentation, Reston, VA

               Chairperson and panel discussant at the Xavier MBS
               Biomedical Symposium

1977           Colloquium - New Mexico State University "Brain
               $\gamma$--Glutamyl Transpeptidase"

1978           Chairperson and panel discussant for session on
               narcotics/drug abuse at 21st annual meeting of Western
               Pharmacology Society

1980           Chairperson and panel discussant for session on
               Biochemical Pharmacology II at 23rd annual meeting of
               Western Pharmacology Society

1981           Moderator for Symposium on Fetal Alcohol Syndrome at
               9th Annual Minority Biomedical Support Symposium

revised 10/13/10              page 18

| | |
|---|---|
| 1982 | Chaired session on Neuropharmacology at 10th Annual Minority Biomedical Support Symposium Panelist and Judge in Career Encounters at Science in the 80's Conference, Albuquerque, NM, Oct.9 |
| | Motivational Workshop |
| 1983 | Board of Examiners for thesis evaluation at University of Kerala, S. India |
| | Referee for the Ontario Mental Health Foundation |
| 1984 | MARC Review Committee Consultant |
| 1985-87 | Minority Education, Training & Professional Advancement Committee for Neuroscience Society, Member |
| | Editorial Referee for Journal of Studies on Alcohol |
| 1986 | Reviewer for The Journal of Histochemistry and Cytochemistry |
| 1986-present | Referee for Pharmacology Biochemistry and Behavior |
| 1987- 1993 | Chairman of Minority Education, Training & Professional Advance Committee for Neuroscience Society |
| 1988-1993 | Chairman, Society for Neuroscience Travel Fellowship Selection Committee |
| 1988-present | New Mexico Academy of Science Visiting Scientist Program. |
| 1989 | Seminar New Mexico Highland's University |
| 1990 | Reviewer for Journal of Alcoholism: Clinical and Experimental Research |
| 1991- 2000 | Advisory Committee NIMH Minority Neuroscience Fellowship Program, Howard University |
| 1991 | Presented Workshop at Neuroscience Meeting "NINDS Workshop on Research Training Opportunities in Neuroscience" |
| | NIH Advisory Committee Minority Biomedical Research Support Review Subcommittee of the Minority Programs Review Committee 1991- 1995 |
| 1992 | Seminar New Mexico Highland's University |
| 1993 | Consultant for Office Minority Health and the Division of Disadvantaged Assistance, DHHS |
| 1994 | DHHS Health Careers Opportunity Peer Review |
| | New Mexico Highland's University Invited Lecture |

[illegible]