# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA**
            **Plaintiff,**

**vs.**                                                            **No. CR 10-773 JB**

**JOHN LEONARD TSOSIE,**
                        **Defendant.**

### <u>DEFENDANT'S NOTICE REGARDING INTENT TO<br>SUBMIT JURY QUESTIONNAIRE</u>

Defendant JOHN LEONARD TSOSIE, by and through counsel, Samuel L. Winder, hereby provides notice to this Court that Mr. Tsosie does not intend to submit a jury questionnaire in this matter.    As grounds, Mr. Tsosie submits:

1. On April 28, 2011, undersigned counsel submitted that it was Mr. Tsosie's desire to submit a jury questionnaire that would address questions related to a recent case that was the subject of media attention ("Owens case").

2. This Court indicated that a jury questionnaire would need to be submitted six weeks prior to trial.

3. On May 5, 2010, undersigned counsel submitted a draft jury questionnaire to AUSA Kyle T. Nayback and AUSA Mark T. Baker for their review.  AUSA Nayback indicated that the Owens case is factually distinguishable and the matter could be dealt "with in about 5 minutes" voir dire.

4. Based upon the above, Mr. Tsosie will not submit a jury questionnaire.  However, Mr. Tsosie believes questions related to this matter may take more than 5 minutes during voir dire.

1

WHEREFORE, the Mr. Tsosie respectfully provides notice that he not submit a jury questionnaire as set forth on April 28, 2011.

Respectfully submitted,

By: _____-s-_____
Samuel L. Winder
Attorney for Defendant
1011 Lomas Blvd. NW
Albuquerque, NM 87102
(505) 247-9142


I hereby certify that on May 9, 2011
I filed the foregoing electronically through CM/ECF
System, which caused Counsel for the Government
Kyle T. Nayback and Mark T. Baker, to be served
by Electronic means, as
more fully reflected in the Notice of Electronic Filing.

_____-s-_____